UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1473
_____

UNITED STATES OF AMERICA

v.

YERALDY STEPHANY MARTINEZ SALGADO,
                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 2-22-cr-00193-001)
District Judge: Honorable Julien X. Neals

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 7, 2024

Before: JORDAN, PHIPPS, AND FREEMAN, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on March 7, 2024.

On consideration whereof, it is hereby **ORDERED and ADJUDGED** by this Court that the judgment of the District Court dated March 13, 2023, is hereby **AFFIRMED**.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 28, 2024

**Certified as a true copy and issued in lieu of a formal mandate on  April 19, 2024**

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**